# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 12-222 (JDB) |
| **EDWARD MADDOX,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance as amicus curiae for the above referenced case. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

/s/

A. J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500